IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-23602-WMH

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

       Plaintiffs,

vs.

PHOENIX INDUSTRIES, LLC,

       Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, ArrivalStar S.A. and Melvino Technologies Limited, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the parties' confidential settlement agreement, hereby file this Notice of Voluntary Dismissal of this action with Prejudice.

Dated:  March 21, 2012.                    Respectfully Submitted,

                                          /s/ William R. McMahon
                                          William R. McMahon, Esquire
                                          Florida Bar Number: 39044
                                          McMahon Law Firm, LLC
                                          11435 West Palmetto Park Road
                                          Suite E
                                          Boca Raton, Florida 33428
                                          Telephone: 561-218-4300
                                          Facsimile: 561-807-5900
                                          E-Mail: bill@mlfllc.com
                                          **Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2012, this document is being served this day on all counsel of record identified on the Service List specified therein.

## SERVICE LIST

William R. Trueba, Jr.
Espinosa Trueba, PL
3001 SW 3rd Avenue
Miami, Florida 33129
Tel: 305-854-0900
Fax: 305-285-5555
Email: wtrueba@etlaw.com
**Counsel for Defendant**
**Service via CM/ECF**